IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HENRY LEONEL BARRERA AYALA,<br>    a/k/a "Cusuco,"<br>    a/k/a "Centinela,"<br>    a/k/a "Lil Player,"<br><br>*Defendant.* | No. 1:22-cr-178-MSN-2<br><br>Sentencing: February 13, 2025 |

FILED
IN OPEN COURT
FEB 13 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## MOTION TO DISMISS THE REMAINING COUNTS

The United States of America, by and through undersigned counsel, moves this Court to dismiss Count Two through Nine of the Third Superseding Indictment (Docket Entry 271) as to defendant Henry Leonel Barrera Ayala only. The defendant was charged in Counts One through Nine of the Third Superseding Indictment. The defendant pled guilty to Count One of the Third Superseding Indictment, and in accordance with the Plea Agreement, the government now moves to dismiss the remaining counts against this defendant only.

Respectfully submitted,

Erik S. Siebert
United States Attorney

By:     /s/
Natasha Smalky
John C. Blanchard
Megan C. Braun
Assistant United States Attorneys